IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                         CRIMINAL NO.  3:06cr212TSL-LRA

MARCELL CORNELIUS MARTIN

ORDER OF DISMISSAL
COUNT 2

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against the defendant, MARCELL CORNELIUS MARTIN, without prejudice.

DUNN LAMPTON
United States Attorney

Date:   May 21, 2007                         By:   s/ Erin E. O'Leary
                                             Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

ORDERED this the  21st  day of May, 2007.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE